Case 6:23-cv-00016   Document 28   Filed on 04/17/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JASON T. BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:23-CV-00016 |
| | § | |
| CUERO POLICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM AND RECOMMENDATION**
**TO DISMISS CASE FOR FAILURE TO PROSECUTE**

Plaintiff Jason T. Brown, appearing *pro se* and *in forma pauperis*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983.  By Order entered on March 1, 2023, the undersigned directed Plaintiff to file an amended complaint by March 31, 2023.  (D.E. 17).  Plaintiff was cautioned that his complaint is currently deficient and failure to comply with the March 1, 2023 Order will result in the dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure.  (*Id.* at 4).  Plaintiff has failed to submit an amended complaint as Ordered.

The Court discovered, after returned mail was received, that Plaintiff was no longer confined at the DeWitt County Jail and had not updated the Court with a new address.  The undersigned issued an Order on March 9, 2023, directing Plaintiff to show cause on or before March 31, 2023 why this action should not be dismissed for want of prosecution.  (D.E. 21).  Plaintiff was warned that his failure to comply with the March 9, 2023 Show

Cause Order would "result in the undersigned recommending to the District Judge that this case be dismissed for want of prosecution." (*Id.* at 2).

To date, Plaintiff has not responded to the March 9, 2023 Show Cause Order. A district court has authority to dismiss a case for want of prosecution or for failure to comply with a court order. Fed. R. Civ. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997). Dismissal, therefore, is warranted under these circumstances.

Accordingly, the undersigned respectfully recommends that Plaintiff's action be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b).

Respectfully submitted on April 17, 2023.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).