United States District Court
Southern District of Texas
**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON T. BROWN, | § § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. 6:23-CV-00016 |
| CUERO POLICE DEPARTMENT, | § § § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 28). The M&R recommends that the Court dismiss Plaintiff's action without prejudice pursuant to Federal Rule of Civil Procedure 41(b). *Id.* at 2.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R.[1] *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 28). Accordingly, the Court **DISMISSES without prejudice** Plaintiff's action pursuant to Rule 41(b). As such, the

---

[1] Plaintiff's mail was returned as undeliverable. (D.E. 29; D.E. 30). Since then, the Court has waited an appropriate amount of time for an updated address. As a party, Plaintiff is required to keep the Court apprised of his current address at all times and has failed to do so.

Clerk of Court is **ORDERED** to **CLOSE** this case.

    SO ORDERED.

                                              DAVID S. MORALES
                                              UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       June 7th, 2023